JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANJURA, DENNIS ALEJANDRO ) | |
| ) | CASE NO. CV09-8728-R |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| INS/DHS, et al. ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner Dennis Alejandro Canjura an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) petitions this Court for a writ of mandate to ask this Court to free him on his sentence and require the Department of Homeland Security (DHS) to schedule deportation proceedings against him.

    This Court has no jurisdiction to free petitioner from the service of his sentence in state custody. The petition is denied.

DATED: April 7, 2010.

                                                         MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE